IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUTHIE WALLS,** *et al.* **PLAINTIFF**

v.    Case No. 4:24-cv-000270 KGB

**SARAH HUCKABEE SANDERS,** *et al.* **DEFENDANTS**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of Chief United States District Judge Kristine G. Baker, on March 25, 2024. To avoid the appearance of impropriety, Judge Baker recuses from this case, and the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 26th day of March 2024.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK


BY: Tracy M. Washington
    Courtroom Deputy to
    Chief U.S. District Judge Kristine G. Baker