IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| RUTHIE WALLS, JENNIFER REYNOLDS, on her own behalf and as Next Friend to SADIE ANNABELLA REYNOLDS, and CHANDRA WILLIAMS DAVIS, on her own behalf and as Nex Friend to GISELE DAVIS, | ) ) ) ) ) ) | |
| PLAINTIFFS | ) ) | Case No. 4:24-CV-00270 LPR |
| V. | ) ) ) ) | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| HON. SARAH HUCKABEE SANDERS, In Her Official Capacity as Governor of the State of Arkansas, and JACOB OLIVA, In His Official and Individual Capacity as Secretary of the Arkansas Department of Education | ) ) ) ) ) ) | *** JURY TRIAL DEMANDED |
| DEFENDANTS | ) ) ) | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Come the plaintiffs by and through their attorneys **Michael J. Laux, LAUX LAW GROUP**, and **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for their motion for extension of time to respond to the court's notification, they state the following:

1. On March 25, 2024, the plaintiffs filed their cause of action against the above-named defendants for declaratory and injunctive relief, as well as seeking unspecified damages.

2. The plaintiffs brought a cause of action challenging as unconstitutional Section 16 of the Arkansas Learns Act, which purports to protect children in the State of Arkansas from what the Governor considers to be "indoctrination."

1

3.     This matter was initially assigned to the Honorable Kristine Baker; however, on March 26, 2024, Judge Baker entered an order of reassignment recusing from the matter stating that she needed to do so in order "[t]o avoid the appearance of impropriety"; therefore, she recused from the case.

4.     This case was then randomly assigned to the Honorable Judge Lee P. Rudofsky on March 26, 2024.

5.     On March 29, 2024, this Court advised the parties that he plans on applying for student voucher(s) under the Education Freedom Act on behalf of his children; however, he does not believe that this would require a recusal on his part, but that he just wanted to let the parties know.

6.     Nevertheless, the Court gave the parties seven (7) days to state their position on recusal in light of the court's revelation.

7.     Certainly, the plaintiffs appreciate the court for notifying them of his family's intention to apply for educational funding pursuant to the Education Freedom Act, which is a benefit derivative of the LEARNS Act; however, the plaintiffs need additional time to consider whether to formulate a response to the Court's revelation, especially in light of the forthcoming Amended Complaint.

8.     Also, undersigned counsel (Porter) will be traveling to St. Louis, Missouri on Wednesday, April 10, 2024, to appear before the Eighth Circuit Court of Appeals to argue the cases of *Eddie Humes Sr. v. Misty Jones, et al.*, United States Eighth Circuit Court of Appeals, Case No. 23-2202, and *Kenneth Hunt v. Dale Acosta, et al.*, United States Eighth Circuit Court of Appeals No. 23-2591.

9. The plaintiffs are asking the Court to allow a seven (7) day extension in order to decide whether a response will be forthcoming.

10. The plaintiffs have yet to serve the defendants, and are preparing an Amended Complaint that may put this case in somewhat of a slightly different posture.

11. Also, on March 28, 2024, the Court advised the plaintiffs that they need to file a motion for preliminary injunction with a brief in support and supporting declarations pursuant to Fed. R. Civ. P., Rule 65, and Local Rule 7.2, which the plaintiffs are in the midst of doing.

12. This extension request is being made not for the purpose of causing any unnecessary delays, but so that the ends of justice may be pursued.

THEREFORE, the plaintiffs request that their motion for extension of time be granted, and that they be given up to and including the date of April 12, 2024 to file a response, if any, and for all just and proper relief.

Respectfully submitted,

PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com

By: /s/ Austin Porter Jr.
Austin Porter Jr., No. 86145

and,

Michael J. Laux
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201
Telephone: 501-242-0750

            Facsimile:  501-372-3482
            Email: mlaux@lauxlawgroup.com
               mikelaux@icloud.com