IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP, <br><br> Plaintiffs, <br><br> v. <br><br> HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER, <br><br> Defendants. | Case No.: 4:24-cv-00270-LPR <br><br> **PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Civil Rule 83.5(d) of the Arkansas Eastern District Court Local Rules, Movant Michael Laux hereby moves for admission of David Hinojosa, of the Lawyers' Committee for Civil Rights Under Law, to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiffs.

The undersigned counsel hereby certifies that David Hinojosa is a member in good standing of the Bar of the State of Texas and the Bar of the District of Columbia. Mr. Hinojosa designates Michael Laux, the undersigned, as local counsel, with whom the court and opposing counsel may readily communicate. Mr. Laux is a member in good standing of the United States District Courts

for the Eastern and Western Districts of Arkansas. He maintains an office in Arkansas at the below listed address.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of David Hinojosa.

Dated: April 12, 2024  Respectfully submitted,

/s/ Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
Email: mlaux@lauxlawgroup.com
       mikelaux@icloud.com
*Movant and Counsel for Plaintiffs*

David Hinojosa *
D.C. Bar No. 1722329
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20016
Telephone: (202) 662-8600
Email: dhinojosa@lawyerscommittee.org
*Counsel for Plaintiffs*

*Pro Hac Vice application pending

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP,<br><br>Plaintiffs,<br><br>v.<br><br>HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER,<br><br>Defendants. | Case No.: 4:24-cv-00270-LPR<br><br>**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*: STATEMENT IN SUPPORT** |

I, David Hinojosa, hereby submit the following statement in support of the Motion for my admission to practice *pro hac vice* in the above-captioned matter.

1.  I am a lawyer serving as the Director of the Educational Opportunities Project of the Lawyers' Committee for Civil Rights Under Law. I work in its offices located at 1500 K Street NW, Suite 900, Washington, D.C. 20005.

2.  I am a practicing attorney holding a license in good standing to practice in all the courts of Texas and Washington, DC. My Texas Bar membership number is 24010689. My DC Bar membership is 1722329. I am actively engaged in the practice of law in both Texas and Washington, DC.

- 2 -

3. I have no record or history of disciplinary action in any jurisdiction or before any court or lawyer regulatory organization, including jurisdictions and courts where I have been admitted *pro hac vice*.

4. I designate Michael Laux as local counsel, with whom the court and opposing counsel may readily communicate.

5. I affirm to the Local Rules of the U.S. District Court of the Eastern District of Arkansas and to the jurisdiction of the Court in matters of discipline.

Respectfully submitted this 12th day of April, 2024.

Respectfully submitted,

*/s/ David Hinojosa*
David Hinojosa
D.C. Bar No. 1722329
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20016
Telephone: (202) 662-8600
Email: dhinojosa@lawyerscommittee.org

## CERTIFICATE OF SERVICE

  I certify that on April 12th, 2024, the foregoing was filed through the Court's CM/ECF system and served on all parties of record via hand-delivery:

Hon. Sarah Huckabee Sanders
Governor of the State of Arkansas
500 Woodlane St.
Little Rock, AR 72201
(501) 682-2345

Jacob Oliva
Secretary of the Arkansas Department
of Education
Four Capitol Mall, Room 304-A
Little Rock, AR 72201
(501) 682-4203
Jacob.Oliva@ade.arkansas.gov

Kathy McFetridge-Rollins
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Kathy.Rollins@ade.arkansas.gov

Randy Henderson
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Randy.Henderson@ade.arkansas.gov

Jeff Wood
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Jeff.Wood@ade.arkansas.gov

Leigh S. Keener
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Leigh.Keener@ade.arkansas.gov

Timothy Griffin
Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
oag@arkansasag.gov

Sarah Moore
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Sarah.B.Moore@ade.arkansas.gov

Adrienne Woods
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Adrienne.Woods@ade.arkansas.gov

Lisa Hunter
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Lisa.Hunter@ade.arkansas.gov

Ken Bragg
Arkansas State Board Member
Four Capitol Mall
Little Rock, AR 72201
(501) 682-4475
Ken.Bragg@ade.arkansas.gov


By: */s/ Michael J. Laux*
Michael J. Laux
*Counsel for Plaintiffs*