IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUTHIE WALLS,** *et al.*                                                                 **PLAINTIFFS**

v.                                  Case No. 4:24-cv-00270-LPR

**SARAH HUCKABEE SANDERS, in her**
**official capacity as the Governor of the State**
**of Arkansas,** *et al.*                                                 **DEFENDANTS**

## ORDER

Plaintiffs' request for an "expedited briefing and consideration" schedule is GRANTED IN PART and DENIED IN PART. For the reasons set forth in paragraphs 2 and 3 of Defendants' Opposition (Doc. 28), the request for expedited briefing is denied. Plaintiffs could have filed their Complaint and preliminary injunction motion many months ago. Defendants should not be short-changed on the two weeks provided by the Local Rules to develop their responsive arguments just because Plaintiffs chose not to file for those many months. Defendants' Response[s] to the Motion for Preliminary Injunction (Doc. 14) will be due April 26, 2024. The Court will, however, advance the rest of the preliminary injunction schedule. Plaintiffs' Reply will be due on April 29, 2024, at 11:59 p.m. The Court will hold a preliminary injunction hearing on April 30, 2024, at 3 p.m.

Defendants make a good point about the potential inefficiency that might result from overlapping preliminary injunction briefing and motion to dismiss briefing. Federal Rule of Civil Procedure 6(b) gives the Court the *sua sponte* authority to "for good cause, extend the time" in which an answer or motion to dismiss must be filed so long as the Court does so before the deadline expires. Avoiding the inefficiency discussed above is good cause to extend the deadline for Defendants' Answer or Motion to Dismiss until 7 days after the Court decides the pending preliminary injunction motion. So that is what the Court orders.

IT IS SO ORDERED this 17th day of April 2024.

                                                                _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE