**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

RUTHIE WALLS, et al.                                                                      PLAINTIFFS,

v.                                              **No. 4:24-cv-00270-LPR**

HON. SARAH HUCKABEE SANDERS, in her
official capacity as the Governor of the State of
Arkansas, et al.                                                                        DEFENDANTS.

### DECLARATION OF SECRETARY JACOB OLIVA

I, Jacob Oliva, am over the age of 18, am competent to testify and have personal knowledge

regarding the statements contained in this affidavit, do hereby state, and verify the following:

1.  In January 2023, I was appointed as Secretary for the Arkansas Department of

Education (ADE). In addition to this role, the State Board of Education also selected me as

commissioner of ADE's Division of Elementary and Secondary Education (DESE).

2.  My professional and personal experience has been dedicated to advancing elementary

and high school education.

3.  Before my appointment in Arkansas, I served in many senior leadership roles at the

Florida Department of Education, including as interim commissioner. In this position, I supported

more than 2.8 million students in approximately 3,600 Florida public schools. In 2021, I was

selected to be senior chancellor, and my responsibilities expanded to include early learning, school

choice programs, school safety, and school accountability. My prior experience includes working

as an elementary teacher for students with special needs, serving as a principal at both the

elementary and high school levels, and as a superintendent at Flagler County Schools in Florida.

4.  As Secretary of ADE, I oversee various state agencies within ADE, which include the

Division of Higher Education, DESE, Division of Career and Technical Education, Arkansas State

1

Library, the Martin Luther King, Jr. Commission, Arkansas School for the Deaf, Arkansas School for the Blind and Visually Impaired, and Northwest Technical Institute.

5. As Commissioner, I oversee DESE, which supports Arkansas's 1,058 K-12 public schools in 260 school districts and public charter schools. I also am an ex-officio secretary of the Arkansas State Board of Education and sit on other ADE boards.

6. I have worked with College Board in my prior and current roles in state public education and am familiar with College Board's advanced placement (AP) course programing, including assessment and auditing. College Board and Educational Testing Service (College Board) is the organization that develops AP courses and exams. College Board is a non-profit organization based in New York.

7. "AP" is an official designation of College Board. To be considered an "AP" course by College Board, the course must go through College Board's AP Course Audit. College Board produces the framework for each course, including the curricular and exam requirements. College Board produces the AP exams that students must complete and achieve a qualifying score to receive college credit for an AP course.

8. Arkansas DESE Rules Governing Grading and Course Credit set forth the rules pertaining to Advanced Placement and the International Baccalaureate Diploma Incentive Program. Pursuant to these rules, an "Advanced Placement Course" is defined as a high school course that prepares a student to take a College Board Advanced Placement test. An AP course must incorporate all topics specified by College Board on its standard syllabus for a given subject area and it must be approved by College Board. A "College Board Advanced Placement Test" is the Advanced Placement test administered by College Board and Educational Testing Service.

9. Arkansas public high schools are required to offer 38 courses per the Standards for Accreditation. *See* Required Course listed, attached hereto as Exhibit A. Arkansas students graduating from a public school or public charter school must meet or exceed the minimum 22 graduation credit requirements as adopted by the Arkansas State Board of Education. *See* Arkansas Graduation Requirements Handout and Arkansas Graduation Course Code List, attached collectively as Exhibit B. For courses only lasting one semester, students are given .5 credit; courses offered for two semesters are given 1 credit. School districts may require more than 22 credits for graduation.

10. Arkansas Curriculum Frameworks are the academic standards and expected learning outcomes for a particular course. For courses that do not have an established Arkansas Curriculum Framework, there is a process allowing local schools and districts to submit a course for approval to be used to satisfy the 38 courses required to be offered per the Standards for Accreditation or to meet any of the 22 required credits for graduation.

11. A local school district board of directors can adopt a policy to allow high school students in that district to take college courses for weighted credit equal to the numeric grade awarded in AP courses, courses offered through the International Baccalaureate program, and other ADE-approved weighted classes.

12. If the local school board adopts such a policy, there is a process for applying to the DESE Weighted Credit and AP Training Approval Committee for those courses to be weighted and used to satisfy the 38 required course offerings and 22 required graduation credits. To obtain course approval, individual districts must make a request through the online Course Approval System and submit various materials. If approved, ADE issues an individual course code for that district.

3

13. Local school districts have the discretion to offer additional courses to students, beyond the 38 that are required. If not being used to satisfy the 38 required courses or 22 graduation credits, ADE approval is not required even if weighted credit is awarded.

14. ADE publishes annually a list of courses through the course code management system and releases an updated spreadsheet reflecting changes, deletions, and additions. On March 25, 2024, a course catalog was published for the 2024-2025 school year. The catalog is a list of all courses approved by ADE for schools in Arkansas.

15. College Board first introduced AP African American Studies (AAS) as a "pilot" program for the 2022-2023 school year. The pilot did not include an audit or AP exam, and it therefore did not satisfy the requirements of Arkansas law for an Advanced Placement Course.

16. College Board contacted school districts directly to participate in the pilot. A request was made to ADE for an AP course code. Historically, the AP offerings are official College Board courses, meaning an audit was completed and AP examination administered. In this instance, an AP course code was issued as an oversight because it was still a pilot program. Specifically, no audit had been conducted by College Board as required to qualify as a course and the official course materials were not provided as required to satisfy the AP requirements. Nor was an AP examination conducted. Students were given an assessment for standard setting for the course, but it was not graded for the purpose of awarding college credit. Therefore, the pilot could not satisfy the requirements of Arkansas law for an advanced placement course and students would not have the ability to earn college credit.

17. The pilot program was offered during the 2022-2023 school year at The Academies at Jonesboro High School and Little Rock Central High School. It was a partnership between College Board and the respective school districts. Due to the oversight in issuing a course code for the pilot

4

program, students who completed AP AAS that year received both weighted GPA credit and one elective credit toward the 22-credit graduation requirement.

18. When the oversight was identified, AP AAS was removed from the ADE Course Catalogue for the 2023-2024 school year because it did not meet the standards for an advanced placement class under Arkansas law and ADE Rules. Specifically, for that school year it was still being offered only as a pilot (not an approved course) and the official framework, audit, and AP exam from College Board was not available for approval as required for all advanced placement classes.

19. Nevertheless, ADE created a path for students enrolled in the AAS pilot for 2023-2024 to remain in the course and receive local credit. Every school that volunteered with College Board to participate in the pilot utilized this path, which allowed students to earn local weighted credit that appears on their high school transcripts and counts toward calculation of their GPA. Students were also able to sit for an AP examination, if offered by College Board, and potentially receive college credit.

20. Six schools participated in the second year of the AP AAS pilot—Little Rock Central High School, North Little Rock High School, North Little Rock Center of Excellence, The Academies at Jonesboro High School, Jacksonville High School and eStem High School. ADE provided a course code for local elective credit for these schools and advised how to award weighted GPA credit. *See* Exhibit C.

21. More than halfway through the 2023-2024 school year, on January 19, 2024, College Board notified ADE that it would be offering a fully operational AP examination for the AAS pilot, which was after several revisions were made to the pilot framework. Unlike any assessments administered thus far, scores for this examination will be available for college credit consideration.

22. ADE pays for examinations for all advanced placement courses, as defined by Arkansas law. It is my understanding that the cost for the AP AAS examination offered as part of the pilot for the 2023-2024 school year was paid at the district level. In my opinion, College Board should not have charged fees for assessments in a pilot course where it is unknown whether colleges will award credit for the examination.

23. The 2024-2025 school year is the first time College Board will offer AP AAS as an official AP course. College Board did not publish AP AAS as a course until Spring 2024, after the AP Course audit was complete. *See* Exhibit D.

24. College Board develops the AP course framework, which outlines what students must know, and be able to do, to earn college credit or placement. It was not until College Board submitted the Operational Course Framework, Project, and Exam Overview to ADE that the course could be evaluated on whether it qualified as an advanced placement course as defined by Arkansas law.

25. AP AAS is a course listed in the ADE Course Catalogue for the 2024-2025 school year. ADE approval was based on College Board's confirmation that the framework, audit, fully operational exam, and teacher resources were complete, as required by Arkansas law. The course is offered as a career-focused elective credit, as are other AP courses such as AP European History, AP Psychology, and AP Human Geography. Six of the 22 credits required for graduation in Arkansas are designated as "Career Focus or Content Electives." These courses cannot be used to fulfill the three social studies credits required to graduate. *See* Exhibit A.

26. African American History is not AP AAS. It is a different course already approved by ADE. It has different academic standards than AP AAS. African American History is given over one semester (.5 credit) and has been approved as a career-focused credit toward graduation.

Districts interested in offering a year-long, 1-credit Honors African American History course were invited to work with the DESE Curriculum unit to outline additional standards and expectations to obtain approval for weighted credit and an individual course code. No school district contacted ADE to take advantage of this option.

27. In addition to the above, DESE provides resources for the teaching of African American History. These resources include lessons and materials for the teaching of historical contributions made by African Americans in the United States and in other countries prior to the establishment of the United States. These materials and resources are available for inclusion in the appropriate curricula of all K-12 at all public schools in Arkansas. ADE reviews teaching materials it offers and makes updates as necessary.

28. ADE continues to collaborate with College Board about the approval and implementation of this course, as is standard for all College Board AP courses.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Jacob Oliva
Secretary, Arkansas Department of Education

4/26/24
Date

# Arkansas Required High School Courses*

This set of unique courses must be offered even if they fall into two categories.
*(DESE Rules Governing Standards for Accreditation of Arkansas Public Schools and School Districts, Appendix A, Standard 1-A.1.3)*

Schools must offer the following:

(1) One math and one literacy transitional course
[A.C.A. § 6-15-2012(b)]

(2) At least one Advanced Placement (AP) course in each of the core areas of English Language Arts, Mathematics, Science, and Social Studies
(A.C.A. § 6-16-1204)

(3) Arkansas History if not taught in the 7th or 8th grade
(A.C.A. § 6-16-124)

Please Note:
Approved Pre-AP courses may be implemented in lieu of the corresponding courses in the required list. The Pre-AP crosswalk is located on the DESE course approval webpage.

## English Language Arts (ELA)

**Must offer 2 credits from below**

| | |
|---|---|
| 410000 English 9 | 1 credit |
| 411000 English 10 | 1 credit |

**Must offer 2 credits from below**

| | |
|---|---|
| 412000 English 11 | 1 credit |
| 413000 English 12 | 1 credit |
| 418010 English 11/12 U.S. History Seminal Documents | 0.5 credit |
| 418020 English 11/12 Cross-Cultural Literature | 0.5 credit |
| 418030 English 11/12 Comparative Literature | 0.5 credit |
| 418040 English 11/12 Film as Literature | 0.5 credit |
| 418100 English 11/12 Public Relations | 0.5 credit |
| 418110 English 11/12 Reading and Writing for Business | 0.5 credit |
| 418120 English 11/12 Mass Communications | 0.5 credit |
| 418200 English 11/12 Reading and Writing for STEM | 0.5 credit |
| 418210 English 11/12 Entrepreneurship and Innovation | 0.5 credit |
| 418220 English 11/12 Technical Reading and Writing for Trade and Industry | 0.5 credit |

**Must offer 0.5 credit from below**

| | |
|---|---|
| 414200 Oral Communication: Personal Communication | 0.5 credit |
| 414210 Oral Communication: Professional Communication | 0.5 credit |

**Must offer 2 credits from below**

| | |
|---|---|
| 419110 Strategic Reading Grade 9 (as well as courses for Grades 10-12) | 1 credit |
| 417010 Creative Writing | 0.5 credit |
| 414050 Debate I | 0.5 credit |
| 416000 ELA Drama | 0.5 credit |
| 414020 Forensics I | 1 credit |
| 415000 Journalism I | 1 credit |
| 496030 Transitional Literacy Ready | 1 credit |
| Additional English 11/12 courses | 0.5 credit |
| AP English Offerings** | 1 credit |
| Official International Baccalaureate (IB) Offerings | 1 credit |
| ** Must offer at least one AP course in ELA | |

**Total required English Language Arts:** **6.5 credits**

## World Languages

Must offer 2 credits from the same language

**Total required World Languages:** **2 credits**

## Health and Wellness

| | |
|---|---|
| 480000 Health and Wellness | 0.5 credit |

**Total required Health and Wellness:** **0.5 credit**

## Computer Science

**Must offer 1 credit from below**

| | |
|---|---|
| Any ADE Approved Computer Science Course Beginning with 465 or 565 | 1 credit |

**Total required Computer Science:** **1 credit**

## Mathematics

**Must offer 4 credits from below**

| | |
|---|---|
| 430000 Algebra I | 1 credit |
| 431000 Geometry | 1 credit |
| 432000 Algebra II | 1 credit |
| 433000 Pre Calculus | 1 credit |

**Must offer 2 credits from below**

| | |
|---|---|
| 439070 Algebra III (Transitional) | 1 credit |
| 434010 Calculus | 1 credit |
| 439120 Quantitative Reasoning (Transitional) ♦ | 1 credit |
| 439090 Statistics | 1 credit |
| 439130 Technical Math for College and Career | 1 credit |
| AP Math Offerings** | 1 credit |
| Official International Baccalaureate (IB) Offerings | 1 credit |
| ** Must offer at least one AP course in Mathematics | |
| ♦ Required Course Offering by SY26-27 | |

**Total required Mathematics:** **6 credits**

## Science

**Must offer 3 credits from below**

| | |
|---|---|
| 423000 Physical Science - Integrated | 1 credit |
| 420000 Biology Integrated | 1 credit |
| 421000 Chemistry - Integrated | 1 credit |

**Must offer 2 credits from below**

| | |
|---|---|
| 425050 Astronomy | 1 credit |
| 421010 Chemistry II | 1 credit |
| 425020 Earth Science | 1 credit |
| 424020 Environmental Science | 1 credit |
| 424030 Anatomy/Physiology | 1 credit |
| 422010 Physics | 1 credit |
| AP Science Offerings** | 1 credit |
| Official International Baccalaureate (IB) Offerings | 1 credit |
| ** Must offer at least one AP course in Science | |

**Total required Science:** **5 credits**

## Career Education

Must offer three (3) program of study representing three (3) different pathways. One of which must meet the high wage and high growth designation as indicated by the department.

**Total required Career Education:** **9 credits**

1 Credit = 1 Full-Year Course; 0.5 Credit = 1 Semester Course

*Formerly known as the Arkansas Required 38 High School Courses*

## Social Studies

**Must offer 3 credits from below**

| | |
|---|---|
| 470000 United States History Since 1929 | 1 credit |
| 471000 World History Since 1450 | 1 credit |
| 472000 Civics | 0.5 credit |
| 474300 Economics with Personal Finance | 0.5 credit |

**Must offer 1 credit from below**

| | |
|---|---|
| 473000 Arkansas History | 0.5 credit |
| 474700 African American History | 0.5 credit |
| 474400 Psychology | 0.5 credit |
| 474500 Sociology | 0.5 credit |
| 474100 United States Government | 0.5 credit |
| 474600 World Geography | 0.5 credit |
| AP Social Studies Offerings** | 1 credit |
| Official International Baccalaureate (IB) Offerings | 1 credit |
| ** Must offer at least one AP course in Social Studies | |

**Total required Social Studies:** **4 credits**

## Fine Arts

**Must offer 2 credits from below**

| | |
|---|---|
| 450000 Visual Art Foundations I | 1 credit |
| 452000 Vocal Ensemble I | 1 credit |

**Must offer 1 credit from below**

| | |
|---|---|
| 451000 Band I | 1 credit |
| 451200 Jazz Band I | 1 credit |
| 451100 Orchestra I | 1 credit |

**Must offer 0.5 credit from below**

Any Fine Arts course within the approved discipline areas:
- Music
- Visual Art
- Theater
- Dance
- Official AP and IB offerings

**Total required Fine Arts:** **3.5 credits**

## Physical Education

**Must offer 1 credit from below**

| | |
|---|---|
| 485010 Personal Fitness for Life | 0.5 credit |
| 485020 Recreational Sports | 0.5 credit |
| 485030 Outdoor Pursuits | 0.5 credit |
| 485040 Athletics | 0.5 credit |

**Total required Physical Education:** **1 credit**



DIVISION OF ELEMENTARY & SECONDARY EDUCATION



EXHIBIT
A

# ARKANSAS

# Graduation Requirements





| Course Requirements | Credit |
|---|---|
| **English Language Arts** | **4** |
| ADE-Approved English 9 | 1 |
| ADE-Approved English 10 | 1 |
| ADE-Approved English 11 | 1 |
| ADE-Approved English 12 | 1 |
| **Mathematics** | **4** |
| Algebra I | 1 |
| Geometry | 1 |
| Algebra II or Quantitative Reasoning | 1 |
| ADE-Approved Mathematics or Computer Science Flex Credit | 1 |
| **Science** | **3** |
| ADE-Approved Biology | 1 |
| ADE-Approved Physical Science | 1 |
| *(Physical Science, Chemistry, or Physics)* | |
| ADE-Approved third Science or Computer Science Flex Credit | 1 |
| **Social Studies** | **3** |
| ADE-Approved World History | 1 |
| ADE-Approved U.S. History | 1 |
| ADE-Approved Civics | 0.5 |
| ADE-Approved Economics with Personal Finance | 0.5 |
| **Physical Education** | **0.5** |
| **Fine Arts** | **0.5** |
| **Oral Communication** | **0.5** |
| **Health & Safety** | **0.5** |
| **Career Focus or Content Electives** | **6** |
| Total | 22 |



For more information, visit
https://dese.ade.arkansas.gov/

Last Update: 4.4.24

**EXHIBIT**
B

## Other Requirements

- An AR graduate shall complete a minimum of 75 clock hours of documented community service in grades 9-12; requirement begins for 2027 graduates. - A.C.A. § 6-16-1901
- An AR graduate must earn credit in a course that includes Personal and Family Finance Standards in grades 9-12. - A.C.A. § 6-16-135
- An AR graduate must pass with a 60% the Arkansas Civics Exam. - A.C.A. § 6-16-149
- An AR graduate must complete CPR training. - A.C.A. § 6-16-143
- An AR graduate must earn one credit of ADE-Approved Computer Science or computer science-related career and technical education course; requirement begins for 2026 graduates. - A.C.A. § 6-16-152



# ARKANSAS GRADUATION COURSE CODE LIST
## SY 2024-25

**Note:** Please review the CTE Crosswalk for SY 2024-2025 for DCTE courses that can count for specific content credits.

## English Language Arts

### English 9 – 1 Credit
| | |
|---|---|
| 517030 | AP English Language and Composition |
| 517040 | AP English Literature and Composition |
| 517060 | AP Seminar |
| 519910 | Concurrent Credit English 9 |
| 410000 | English 9 |
| 510040 | ESL English 9 |
| 411100 | Pre-AP English 1 |

### English 10 – 1 Credit
| | |
|---|---|
| 517030 | AP English Language and Composition |
| 517040 | AP English Literature and Composition |
| 517070 | AP Research |
| 517060 | AP Seminar |
| 519920 | Concurrent Credit English 10 |
| 411000 | English 10 |
| 511030 | ESL English 10 |
| 411100 | Pre-AP English 2 |

### English 11 – 1 Credit
| | |
|---|---|
| 517030 | AP English Language and Composition |
| 517040 | AP English Literature and Composition |
| 517070 | AP Research |
| 517060 | AP Seminar |
| 519930 | Concurrent Credit English 11 |
| 412000 | English 11 |
| 512010 | English 11 (Weighted - requires ADE approval) |
| 512030 | ESL English 11 |
| 517100 | International Baccalaureate (IB) English 11 |
| *Or 1 full credit from the 11/12 English Section.* | |

### English 12 - 1 Credit
| | |
|---|---|
| 517030 | AP English Language and Composition |
| 517040 | AP English Literature and Composition |
| 517070 | A P Research |
| 517060 | A P Seminar |
| 519940 | Concurrent Credit English 12 |
| 413000 | English 12 |
| 513010 | English 12 (Weighted - requires ADE approval) |
| 513030 | ESL English 12 |
| 517200 | International Baccalaureate (IB)  English 12 |
| 519900 | Other Concurrent Credit Language Arts |
| 413010 | Transitional English 12 |
| *Or 1 full credit from the 11/12 English Section.* | |

### English 11/12 Section - *The 0.5 credit courses from the list below may be combined to fulfill 11th and/or 12th Grade English.*
| | |
|---|---|
| 418030 | Comparative Literature |
| 418020 | Cross-Cultural Literature |
| 418210 | Entrepreneurship and Innovation |
| 418040 | Film as Literature |
| 418120 | Mass Communications |
| 418100 | Public Relations |
| 418110 | Reading and Writing for Business Professions |
| 418200 | Reading and Writing for STEM Professions |
| 418220 | Technical Reading/Writing for Trade & Industry |
| 418010 | U.S. History Seminal Documents |

## Social Studies

### Civics - 0.5 Credit
| | |
|---|---|
| 572040 | AP United States Government & Politics (for Civics credit) |
| 472000 | Civics (0.5 credit) |
| 572000 | Civics (0.5 credit) (requires ADE approval) |
| 579910 | Concurrent Credit Civics |

### World History - 1 Credit
| | |
|---|---|
| 571020 | AP World History |
| 579910 | Concurrent Credit World History |
| 471100 | Pre-AP World History |
| 571000 | World History (requires ADE approval) |
| 571010 | World History (Weighted - requires ADE approval) |
| 471000 | World History Since 1450 |

### Personal Finance
see https://bit.ly/383OLjE

### United States History – 1 Credit
| | |
|---|---|
| 570020 | AP United States History |
| 579920 | Concurrent Credit United States History |
| 570050 | International Baccalaureate (IB) History of the Americas |
| 570030 | United States History (requires ADE approval) |
| 570010 | United States History (Weighted - requires ADE approval) |
| 470000 | United States History Since 1929 |

### Economics - 0.5 Credit
| | |
|---|---|
| 579130 | ADE Approved AP Macroeconomics & Personal Finance (0.5 credit) |
| 579140 | ADE Approved AP Microeconomics & Personal Finance (0.5 credit) |
| 574000 | Concurrent Credit Economics with Personal Finance (1 credit) |
| 474300 | Economics with Personal Finance (0.5 credit) |
| 492290 | Financial Planning (0.5 Econ/PF credit, 1.0 Career Focus credit) |

## Math

### Algebra I - 1 Credit
| | |
|---|---|
| 430000 | Algebra I |
| 530020 | Algebra I (requires ADE approval) |
| 430300 | Pre-AP Algebra I |

### Geometry - 1 Credit
| | |
|---|---|
| 431000 | Geometry |
| 531020 | Geometry (requires ADE approval) |
| 431300 | Pre-AP Geometry w/Statistics |

### Algebra II or Quantitative Reasoning - 1 Credit
| | |
|---|---|
| 432000 | Algebra II |
| 432300 | Pre-AP Algebra 2 |
| 539160 | International Baccalaureate (IB) Math: Applications and Interpretation SL Year 1 |
| 439120 | Quantitative Reasoning |

### Fourth Math or Computer Science Flex* - 1 Credit - *A CS Flex credit or one of the following:*
| | | | | |
|---|---|---|---|---|
| 492110 | Accounting II | | 465710 | Data Science Year 1 |
| 432000 | Algebra II | | 465720 | Data Science Year 2 |
| 439070 | Algebra III | | 465730 | Data Science Year 3 Advanced |
| 534040 | AP Calculus AB | | 495460 | Digital Electronics |
| 534050 | AP Calculus BC | | 495470 | Engineering Design and Development (PLTW) |
| 533030 | AP Precalculus | | 465670 | Game Development and Design Year 1 |
| 539030 | AP Statistics | | 465680 | Game Development & Design Year 2 |
| 539090 | Applied Data Science | | 465690 | Game Development & Design Year 3 Advanced |
| 494730 | Architecture/CADD/II | | 565330 | International Baccalaureate (IB) Computer Science HL |
| 465410 | Artificial Intelligence & Machine Learning Year 1 | | 565230 | International Baccalaureate (IB) Computer Science SL |
| 465420 | Artificial Intelligence & Machine Learning Year 2 | | 539160 | International Baccalaureate (IB) Math: Applications and Interpretation SL Year 1 |
| 465430 | | | 539170 | International Baccalaureate (IB) Math: Applications and Interpretation SL Year 2 |
| | Artificial Intelligence & Machine Learning Year 3 Adv | | 465370 | Mobile Application Development Year 1 |
| 434010 | Calculus | | | |

 **ARKANSAS GRADUATION COURSE CODE LIST**
*SY 2024-25*

**Note:** Please review the CTE Crosswalk for SY 2024-2025 for DCTE courses that can count for specific content credits.

| | | | |
|---|---|---|---|
| 534020 | Calculus (Weighted - requires ADE approval) | 465380 | Mobile Application Development Year 2 |
| 491630 | CASE: Ag Power and Technical System Weighted Credit | 465390 | Mobile Application Development Year 3 Advanced |
| 565130 | College Board AP Computer Science A | 465170 | Networking Year 1 |
| 565030 | College Board AP Computer Science Principles | 465180 | Networking Year 2 |
| 465470 | Computer Engineering Year 1 | 465190 | Networking Year 3 Advanced |
| 465480 | Computer Engineering Year 2 | 432300 | Pre-AP Algebra 2 |
| 465490 | Computer Engineering Year 3 Advanced | 433000 | Pre Calculus |
| 465930 | Computer Science Independent Study | 533020 | Pre Calculus (requires ADE approval) |
| 465940 | Computer Science Internship | 465070 | Programming Year 1 |
| 539900 | Concurrent Credit College Algebra | 465080 | Programming Year 2 |
| 539970 | Concurrent Credit College-Site Technical Math | 465090 | Programming Year 3 Advanced |
| 539980 | Concurrent Credit Math Beyond Algebra II | 439120 | Quantitative Reasoning |
| 539940 | Concurrent Credit Pre Calculus/Trigonometry | 465570 | Robotics Year 1 |
| 539150 | Concurrent Credit Quantitative Reasoning | 465580 | Robotics Year 2 |
| 539950 | Concurrent Credit Statistics | 465590 | Robotics Year 3 Advanced |
| 465270 | Cybersecurity Year 1 | 439090 | Statistics |
| 465280 | Cybersecurity Year 2 | 439130 | Technical Math for College and Career |
| 465290 | Cybersecurity Year 3 Advanced | | |

## Science

**Biology - 1 Credit**

| | |
|---|---|
| 520030 | AP Biology |
| 420000 | Biology - Integrated |
| 520010 | Biology - Integrated (Weighted - requires ADE approval) |
| 529910 | Concurrent Credit Biology |
| 529030 | International Baccalaureate (IB) Biology I |
| 529060 | International Baccalaureate (IB) Biology II |
| 420100 | Pre-AP Biology |

**Physical Science Credit - 1 Credit**

| | |
|---|---|
| 494980 | Aerospace Engineering Weighted Credit |
| 521030 | AP Chemistry |
| 522080 | AP Physics 1 |
| 522090 | AP Physics 2 |
| 522040 | AP Physics C: Electricity and Magnetism |
| 522050 | AP Physics C: Mechanics |
| 421000 | Chemistry - Integrated |
| 521020 | Chemistry - Integrated (requires ADE approval) |
| 421010 | Chemistry II |
| 529930 | Concurrent Credit Chemistry |
| 529920 | Concurrent Credit Physical Science |
| 529940 | Concurrent Credit Physics |
| 493960 | Engineering II |
| 521040 | International Baccalaureate (IB) Chemistry I |
| 521050 | International Baccalaureate (IB) Chemistry II |
| 522060 | International Baccalaureate (IB) Physics I |
| 522070 | International Baccalaureate (IB) Physics II |
| 423000 | Physical Science - Integrated |
| 523010 | Physical Science (Weighted - requires ADE approval) |
| 422010 | Physics |
| 522010 | Physics (Weighted - requires ADE approval) |
| 421300 | Pre-AP Chemistry |

**Third Science or Computer Science Flex* - 1 Credit**

*An additional Biology, Physical Science, CS Flex, or 1 of the following:*

| | |
|---|---|
| 424030 | Anatomy/Physiology |
| 523030 | AP Environmental Science |
| 465410 | Artificial Intelligence & Machine Learning Year 1 |
| 465420 | Artificial Intelligence & Machine Learning Year 2 |
| 465430 | Artificial Intelligence & Machine Learning Year 3 Adv |
| 425050 | Astronomy |
| 491470 | CASE: Natural Resources & Ecology |
| 491160 | CASE: Principles of Agriculture: Animal |
| 491170 | CASE: Principles of Agriculture: Plant |
| 493130 | Chemistry of Foods |
| 565130 | College Board AP Computer Science A |
| 565030 | College Board AP Computer Science Principles |
| 465470 | Computer Engineering Year 1 |
| 465480 | Computer Engineering Year 2 |
| 465490 | Computer Engineering Year 3 Advanced |
| 465930 | Computer Science Independent Study |
| 465940 | Computer Science Internship |
| 524030 | Concurrent Credit Anatomy and Physiology |
| 525050 | Concurrent Credit Astronomy |
| 525030 | Concurrent Credit Earth Science |
| 524040 | Concurrent Credit Environmental Science |
| 465270 | Cybersecurity Year 1 |
| 465280 | Cybersecurity Year 2 |
| 465290 | Cybersecurity Year 3 Advanced |
| 465710 | Data Science Year 1 |
| 465720 | Data Science Year 2 |
| 465730 | Data Science Year 3 Advanced |
| 425020 | Earth Science |
| 424020 | Environmental Science |
| 495430 | Environmental Sustainability |
| 465680 | Game Development & Design Year 2 |
| 465690 | Game Development & Design Year 3 Advanced |
| 465670 | Game Development and Design Year 1 |
| 495010 | Human Body Systems |
| 493980 | Innovations in Science and Technology III |
| 565330 | International Baccalaureate (IB) Computer Science HL |
| 565230 | International Baccalaureate (IB) Computer Science SL |
| 529050 | International Baccalaureate (IB) Environmental Systems and Societies |
| 465370 | Mobile Application Development Year 1 |
| 465380 | Mobile Application Development Year 2 |
| 465390 | Mobile Application Development Year 3 Advanced |
| 491470 | Natural Resources & Ecology (CASE) Weighted Credit |
| 465170 | Networking Year 1 |
| 465180 | Networking Year 2 |
| 465190 | Networking Year 3 Advanced |
| 491160 | Principles of Agriculture Science-Animal (CASE) Weighted Credit |
| 491170 | Principles of Agriculture Science-Plant (CASE) Weighted Credit |
| 465070 | Programming Year 1 |
| 465080 | Programming Year 2 |
| 465090 | Programming Year 3 Advanced |
| 465570 | Robotics Year 1 |
| 465580 | Robotics Year 2 |
| 465590 | Robotics Year 3 Advanced |

## Other Content Areas

**\*Computer Science - Optional Flex Credit**
*(optional credits for 4th math or 3rd science requirements)*

**Physical Education - 0.5 Credit**

| | |
|---|---|
| 485040 | Athletics |

## ARKANSAS GRADUATION COURSE CODE LIST
### SY 2024-25

**Note:** Please review the CTE Crosswalk for SY 2024-2025 for DCTE courses that can count for specific content credits.

any course starting with 465 or 565
see https://goo.gl/y95ZTc

**Oral Communication – 0.5 Credit**

| | |
|---|---|
| 491300 | Advanced Ag Leadership & Communications |
| 514000 | Concurrent Credit Oral Communication |
| 414050 | Debate I |
| 414020 | Forensics I |
| 414100 | Integrated Oral Communication NT |
| 514010 | Oral Comm. (Weighted - requires ADE approval) |
| 514020 | Oral Communication (requires ADE approval) |
| 414200 | Oral Communication: Personal Communication |
| 414210 | Oral Communication: Professional Communication |

**Career Focus – 6 Credits**

*Unused credits chosen from courses beginning with a 4 or 5.*

| | |
|---|---|
| 585900 | Concurrent Credit Physical Ed. |
| 485950 | JROTC Physical Education |
| 485030 | Outdoor Pursuits |
| 485010 | Personal Fitness for Life |
| 585010 | Physical Education (requires ADE approval) |
| 485020 | Recreational Sports |

**Fine Arts - 0.5 Credit**

*Credit chosen from courses coded*

*450000 - 459999 or 550010 - 559999, 494150, 494170, 494710, 494700, 494740, 490890*

**Health and Safety - 0.5 Credit**

| | |
|---|---|
| 580010 | Health and Safety (requires ADE approval) |
| 480000 | Health and Wellness |
| 480950 | JROTC Health |
| 580900 | Other Concurrent Credit Health Ed. |

**Subject:** Clarification
**Date:** Tuesday, August 15, 2023 at 2:45:59 PM Central Daylight Time
**From:** Stacy Smith (ADE) <Stacy.Smith@ade.arkansas.gov>
**To:** Kim Wilbanks <kim.wilbanks@jonesboroschools.net>, Wright, Jermall <Jermall.Wright@lrsd.org>, Gregory Pilewski <pilewskig@nlrsd.org>, Wright, Jermall <Jermall.Wright@lrsd.org>, cherie.labat@estemschools.org <cherie.labat@estemschools.org>
**Attachments:** Clarifications.docx

Superintendents,

Thank you for working with us regarding the AP pilot program. I've attached a clarification document regarding course code options.

Let me know if you have any questions.

Stacy Smith, Ed. S.
Deputy Commissioner

Arkansas Department of Education
Division of Elementary and Secondary Education
Four Capitol Mall
Little Rock, AR 72201



EXHIBIT

C

<u>Use of an Alternate Course Code</u>

Local Credit Course Code: 696000

Districts may add weighted credits to local credits without department approval. To do so, districts need to adjust the course scale to 5 within the system.

I've received several questions regarding Social Studies requirements and credits, which are listed below. Additional Social Studies credits are not required by the state.

Graduation Requirements- 3 credits
World History- 1 required
US History- 1 required
Economics- .5 required
Civics- .5 required


<u>African American History</u>

Approved standards are located on the DESE website.

Social Studies Credit: .5
Course Code 474700

*Districts interested in offering an Honor African American year-long course may work with the DESE Curriculum unit to outline additional standards and expectations for weighted credit.

An individual course code will be provided to districts who chose this option.

# About AP

The Advanced Placement Program® (AP®) enables willing and academically prepared students to pursue college-level studies—with the opportunity to earn college credit, advanced placement, or both—while still in high school. Through AP courses in 38 subjects, each culminating in a rigorous exam, students learn to think critically, construct solid arguments, and see many sides of an issue—skills that prepare them for college and beyond. Taking AP courses demonstrates to college admission officers that students have sought the most rigorous coursework available to them, and research indicates that students who score a 3 or higher on an AP Exam typically experience greater academic success in college and are more likely to earn a college degree than non-AP students. Each AP teacher's syllabus is evaluated and approved by faculty from some of the nation's leading colleges and universities, and AP Exams are developed and scored by college faculty and experienced AP teachers. Most four-year colleges and universities in the United States grant credit, advanced placement, or both on the basis of successful AP Exam scores—more than 3,300 institutions worldwide annually receive AP scores. In the last decade, participation in the AP Program has more than doubled, and graduates succeeding on AP Exams have nearly doubled.

## Enrolling Students: Equity and Access

AP strongly encourages educators to make equitable access a guiding principle for their AP programs by giving all willing and academically prepared students the opportunity to participate in AP. We encourage the elimination of barriers that restrict access to AP for students from ethnic, racial, and socioeconomic groups that have been traditionally underserved. The Advanced Placement Program also believes that all students should have access to academically challenging course work before they enroll in AP classes, which can prepare them for AP success. It is only through a commitment to equitable preparation and access that true equity and excellence can be achieved.

## Offering AP Courses: The AP Course Audit

*Note: The Course Audit requirements for the AP African American Studies course will go into effect when the course launches in 2024-2025.*

The required components of AP African American Studies are the Topics in this publication, with their respective Sources, Learning Objective(s), and Essential Knowledge statement(s). AP Exam questions will not assess content that falls outside of these Topics. Beyond this backbone of content required for college credit, schools select their own textbook, readings, and instructional approaches, and develop their own assignments, lesson plans, classroom activities, and interim assessments. While each Topic is required, the sequence of topics is not; schools can teach these topics in the order suggested in this publication, or in whatever order they think best, integrating other content that is required or valued locally. Schools wishing to offer AP courses must participate in the AP Course Audit, a process through which AP teachers' course materials are reviewed by college faculty. The AP Course Audit was created to provide teachers and administrators with clear guidelines on curricular and resource requirements for AP courses and to help colleges and universities validate courses marked "AP" on students' transcripts. This process ensures that AP teachers' courses meet or exceed the curricular and resource expectations that college and secondary school faculty have established for college-level courses.

The AP Course Audit form is submitted by the AP teacher and the school principal (or designated administrator) to confirm awareness and understanding of the curricular and resource requirements. The syllabus or course outline, detailing how course requirements are met, is submitted by the AP teacher for review by college faculty.



EXHIBIT

D

## How the AP Program Is Developed

The scope of content for an AP course and exam is derived from an analysis of hundreds of syllabi and course offerings from colleges and universities. Using this research and data, a committee of college faculty and expert AP teachers work within the scope of the corresponding college courses (e.g. African American Studies, Africana Studies, African Diaspora Studies, Black Studies) to articulate what students should know and be able to do upon the completion of the AP course. The resulting course framework serves as a blueprint of the content and skills that can appear on an AP Exam.

The AP Development Committees are responsible for developing each AP Exam, ensuring the exam questions are aligned to the course framework. The AP course and exam development process is a multiyear endeavor; all AP Exams undergo extensive review, revision, piloting, and analysis to ensure that questions are accurate, fair, and valid, and that there is an appropriate spread of difficulty across the questions.

Members of the inaugural development committees for new courses also support the development of instructional resources, including video lessons and sample syllabi, as well as teacher professional learning resources.

Committee members are selected to represent a variety of perspectives and institutions (public and private, small and large schools and colleges), and a range of gender, racial/ethnic, and regional groups.

Throughout AP course and exam development, the Advanced Placement® Program gathers feedback from various stakeholders from secondary schools, higher education institutions, and disciplinary organizations. This feedback is carefully considered to ensure that AP courses and exams can provide students with a college-level learning experience and the opportunity to demonstrate their qualifications for advanced placement or college credit.

## How AP Exams Are Scored

The exam scoring process, like the course and exam development process, relies on the expertise of both AP teachers and college faculty. While multiple-choice questions are scored by machine, the free-response questions and through-course projects, as applicable, are scored by thousands of college faculty and expert AP teachers. Most are scored at the annual AP Reading, while a small portion are scored online. All AP Exam Readers are thoroughly trained, and their work is monitored throughout the Reading for fairness and consistency. In each subject, a highly respected college faculty member serves as Chief Faculty Consultant, and with the help of AP Readers in leadership positions, maintains the accuracy of the scoring standards. Scores on the free-response questions and performance assessments are weighted and combined with the results of the computer-scored multiple-choice questions, and this raw score is converted into a composite AP score on a 1–5 scale.

AP Exams are not norm-referenced or graded on a curve. Instead, they are criterion-referenced, which means that every student who meets the criteria for an AP score of 2, 3, 4, or 5 will receive that score, no matter how many students that is. The criteria for the number of points students must earn on the AP Exam to receive scores of 3, 4, or 5—the scores that research consistently validates for credit and placement purposes—include:

- The number of points successful college students earn when their professors administer AP Exam questions to them.

- The number of points researchers have found to be predictive that an AP student will succeed when placed into a subsequent, higher-level college course.

- Achievement-level descriptions formulated by college faculty who review each AP Exam question.

## Using and Interpreting AP Scores

The extensive work done by college faculty and AP teachers in the development of the course and the exam and throughout the scoring process ensures that AP Exam scores accurately represent students' achievement in the equivalent college course. Frequent and regular research studies establish the validity of AP scores as follows:

| AP Score | Recommendation | College Grade Equivalent |
|:---:|---|:---:|
| 5 | Extremely well qualified | A |
| 4 | Well qualified | A-, B+, B |
| 3 | Qualified | B-, C+, C |
| 2 | Possibly qualified | n/a |
| 1 | No recommendation | n/a |

**Subject:** AP African American Studies Framework & Updates
**Date:** Wednesday, December 6, 2023 at 7:42:35 AM Central Standard Time
**From:** Walker, Gregory
**To:** Stacy Smith (ADE)
**CC:** Jones, Erin, Gupta, David, Dawson, Amanda

You don't often get email from gwalker@collegeboard.org. Learn why this is important

**Caution:** This is an external email and may contain a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact ADE IT Services.

Good morning, Stacy,

It was great to speak with you this morning. I am attaching the link to AP African American Studies updates. We have released the updated framework and several supporting resources. We have provided a comparison document so that you can track changes from the pilot 2 framework to the new framework that has just been released. Please review and let me know what College Board needs to do to get this course reviewed for consideration for approved courses in Arkansas. I am hopeful that we will be able to get this course in more schools as part of your goals to increase student access. Looking forward to connecting with you on next steps soon.

https://apcentral.collegeboard.org/courses/ap-african-american-studies/adopt

Have a great day!

**Greg Walker** *Senior Vice President*
*State and District Partnerships*

**The College Board**
T 224.935.7849
gwalker@collegeboard.org

**Clearing a path for all students to own their future**

**Subject:** College Board Feedback Requested AP African American Studies

**Date:** Friday, January 19, 2024 at 11:07:07 AM Central Standard Time

**From:** Walker, Gregory

**To:** Jacob Oliva (ADE), Stacy Smith (ADE)

**CC:** Gupta, David, Dawson, Amanda

You don't often get email from gwalker@collegeboard.org. Learn why this is important

**Caution:** This is an external email and may contain a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact ADE IT Services.

Secretary Oliva, Stacy Smith,

Good morning. It was a pleasure to speak with you last week regarding AP African American Studies and what you need from College Board to move forward with the process to obtain a course code for the official course.

Below are written confirmations and responses to the questions you wanted answers to.

1. The Operational Course Framework, Project and Exam Overview is the official framework for the AP African American Studies Course that will launch in the 2024-2025 school year. This is NO LONGER a pilot but the official AP course.

2. Students participating in the official course for AP African American Studies in the 2024 − 2025 school year will take a fully operational AP Exam at the end of that school year, which will be available in the same capacity as other official AP courses. I want to also confirm that students in this second pilot in this current school year can take the AP Exam for African American Studies in spring 2024, and those scores will be available to be sent to colleges and universities for credit consideration.

3. The website for AP African American Studies will be updated on March 1 when the AP Course Audit goes live. The process will be similar to the process used for AP Precalculus that officially launched this academic year, 2023-2024. At that time, the class would also be listed as one of our AP classes. However, if Arkansas requires the College Board to have the name of the class show up on our website prior to March 1, please let me know and I can get our teams to accelerate this timeline.

4. Regarding summer professional learning, the College Board does have three AP Summer Institute sites in Arkansas, which are Arkansas State University, University of Arkansas, Fayetteville, and University of Arkansas, Little Rock. None of the sites currently have AP African American Studies listed, but if your team wanted to request that one or more of these sites host the summer training, we could re-open our process to accept those institutions.

5. Regarding curriculum or text for teachers to adopt and ensuring that training does not violate the executive order or state law, individual consultants build their own training content, and it will look substantially like the training content College Board submitted for ADE review in the fall of this school year. Similar to #4 above, ADE could also explore creating a private APSI (only open to Arkansas teachers) and work with the site to select and train their own consultants. Because you have pilot schools, you have a strong pool of teachers from which to choose who could be

great consultants (we already have AP African American Studies consultant expertise in your state). Regarding textbooks for AP African American Studies, they are optional for use. Two are provided as examples and listed in the audit, but this is local discretion.

6. Regarding AP Credit, the College Board will publish a comprehensive list to our website in mid March, 2024. In Arkansas, the flagship campus of Univ of Arkansas Fayetteville has already agreed to award credit for this course at a score of 3 or higher on the exam. The policy can be found here. Regarding other AP courses that have been operational, you can find AP credit policy information through this link: https://apstudents.collegeboard.org/getting-credit-placement/search-policies. Again, AP African American Studies will be added to this list on March 15, 2024.

7. Regarding Course Placement and graduation requirements – We cannot tell you what the right answer is for Arkansas, only Arkansas can determine that. But based on our review, it looks like Arkansas requires 3 credits for Social Studies: 1 US, 1 World, ½ Econ/Personal Finance, ½ Civics. It's probably a hard case to make that AP AfAm satisfies all the state standards for any of these specific courses.  Thus, it is probably the best fit for an elective. But this is just our perspective from a cursory review, and we can't make any specific recommendation to the state about it. If it's helpful on this or any other topic, we are happy to connect our academic experts to the appropriate staff on your team to answer any further questions they might have.

Thanks again for the opportunity to connect last week.  If I missed any questions that you posed, please let me know and if there is additional follow-up you need from us based on our responses, please let me know. I look forward to hearing from you and learning about the next steps.

Thank you,

Greg Walker *Senior Vice President*
*State and District Partnerships*

The College Board
T 224.935.7849
gwalker@collegeboard.org

Clearing a path for all students to own their future

**Friday, April 26, 2024 at 14:50:59 Central Daylight Time**

**Subject:** Re: [EXTERNAL] Re: Follow Up
**Date:** Tuesday, March 26, 2024 at 8:15:41 AM Central Daylight Time
**From:** Walker, Gregory
**To:** Stacy Smith (ADE)
**CC:** Dawson, Amanda, Gupta, David
**Attachments:** image001.png

> **Caution:** This is an external email and may contain a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact ADE IT Services.

I have our team working on this and we will get this going for you. We will circle back in a couple of days with a few options for you.

Get Outlook for iOS

**From:** Stacy Smith (ADE) <Stacy.Smith@ade.arkansas.gov>
**Sent:** Monday, March 25, 2024 10:53 PM
**To:** Walker, Gregory <gwalker@collegeboard.org>
**Subject:** Re: [EXTERNAL] Re: Follow Up

Dr. Pride's team this past month has been looking at possible trainings for the APSI this summer. They were unable to secure someone. If we can connect to discuss possible support- that would be appreciated.
Thank you!

Get Outlook for iOS

**From:** Walker, Gregory <gwalker@collegeboard.org>
**Sent:** Monday, March 25, 2024 4:54:10 PM
**To:** Stacy Smith (ADE) <Stacy.Smith@ade.arkansas.gov>
**Subject:** Re: [EXTERNAL] Re: Follow Up

> **Caution:** This is an external email and may contain a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact ADE IT Services.

Thank you, Stacy.  Very exciting for the students in Arkansas. If there is anything you need please let me know.

GW

Get Outlook for iOS

**From:** Stacy Smith (ADE) <Stacy.Smith@ade.arkansas.gov>
**Sent:** Monday, March 25, 2024 5:48:52 PM
**To:** Walker, Gregory <gwalker@collegeboard.org>
**Subject:** [EXTERNAL] Re: Follow Up

Greg,

You have provided everything that was asked. We did release the new course catalog today and AP African American Studies
is listed. It has the same code as previously listed and will be worth weighted credit. The following is the description in the catalog.

**AP African American Studies** (574700: 1 credit)
**Prerequisite Course Codes:** None
**Grade Range:** 9 - 12

Examines the diversity of African American experiences through direct encounters with rich and varied sources. Explore key topics that extend from early African kingdoms to the ongoing challenges and achievements of the contemporary moment.
**Credit Fulfills:** Career-Focused Elective

Stacy Smith, Ed. S.
Deputy Commissioner

Arkansas Department of Education
Division of Elementary and Secondary Education
Four Capitol Mall
Little Rock, AR 72201
Office:  501-683-4783
Cell:  501-413-2907
NOTE EMAIL CHANGE: Stacy.Smith@ade.Arkansas.gov

---

**From:** "Walker, Gregory" <gwalker@collegeboard.org>
**Date:** Tuesday, February 20, 2024 at 2:58 PM
**To:** "Stacy Smith (ADE)" <Stacy.Smith@ade.arkansas.gov>
**Subject:** Follow Up

You don't often get email from gwalker@collegeboard.org. Learn why this is important

**Caution:** This is an external email and may contain a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact ADE IT Services.

Good afternoon, Stacy,

I wanted to check in to see how thing are going for you.  Please let me know if there is anything you need from College Board.

Thanks,

Greg Walker *Senior Vice President*
*State and District Partnerships*

The College Board
T 224.935.7849
gwalker@collegeboard.org

Clearing a path for all students to own their future