**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUTHIE WALLS, *et al.***                                                                                                  **PLAINTIFFS**

**v.**                                                 **Case No. 4:24-CV-00270-LPR**

**SARAH HUCKABEE SANDERS, in her**
**official capacity as the Governor of the State**
**of Arkansas, *et al.***                                                                                               **DEFENDANTS**

## ORDER

## COURTROOM AND MEDIA PROTOCOL

The purpose of this Order is to address issues that may arise during the preliminary injunction hearing scheduled in this matter for April 30, 2024, and to ensure that this proceeding is open to the public to the extent possible in light of the space limitations in the courtroom. To do so, the following will be in effect during the hearing:

1. Except for court personnel and as stated below, no one will bring into the courtroom any laptop computers, beepers, walkie-talkies, cellular telephones, electronic transmitting equipment, recording equipment, cameras, or any other electronic or mechanical devices.

2. Attorneys and their staff may bring into the courtroom electronic devices pursuant to and subject to the restrictions in General Order No. 54.

3. In accordance with the Local Rules of the Eastern District of Arkansas, duly identified and authorized representatives of the media may discreetly make audiotapes during the evidentiary hearing in open court *solely* for the purpose of confirming the accuracy of their reporting.[1] The audio may not be played to anyone other than the reporter's colleagues and

---

[1] *See* Local Rule 83.2(d), Rules of United States District Court for the Eastern and Western Districts of Arkansas.

may not be broadcast or disseminated in any manner to the public, transferred or sold, or used as such for commercial purposes.[2]  A violation of this rule will likely result in (1) the revocation of this exception for the violating party, and (2) contempt-of-court sanctions.

4. Everyone must be in the courtroom and seated before Court is opened.  Seating arrangements will be open.  No spectator standing will be allowed during Court sessions.

5. All media inquiries should be directed to the Clerk of Court.  Please do not call the Judge's chambers for information.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[2] *See id.*