IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas, et al.,<br><br>  Defendants. | Case No.: 4:24-cv-00270-LPR |

## SUPPLEMENTAL DECLARATION OF RUTHIE WALLS

I, Ruthie Walls, pursuant to 28 U.S.C. § 1746, declare the following:

1. The facts set forth in this declaration are based on my personal first-hand knowledge, and if called as a witness, I could and would competently testify to the following matters under oath.

2. I am submitting this declaration, in part, to respond to the statements of Secretary Jacob Oliva in his declaration and to apprise the Court of relevant facts.

3. I have been licensed to teach in Arkansas for 23 years. I am also a licensed school administrator. Currently, I teach African American History and AP African American Studies (AP AAS) at Central High School in the Little Rock School District.

4. I completed training from the College Board to be qualified as a teacher for the Advanced Placement African American Studies Pilot Course in the summer of 2022. I have attached a true copy of my certificate of training as Ex. 1.

5. In the 2022-23 school year, I taught the AP AAS Pilot with the approval of the College Board, my school district, and the Arkansas Department of Education (ADE). The curriculum I taught was approved by the College Board.

6. The first-year AP AAS pilot course was listed in the Arkansas Department of Education's official course catalog as an AP course for the 2022-23 school year. To place a course in the state's course catalog, there is a rigorous, thorough process for each proposed course.

7. The College Board also planned on administering an exam and that exam was administered at Central High School on April 27, 2023.

1

8. Secretary Jacob Oliva asserts in his sworn declaration that the ADE's listing of the AP AAS pilot course in the course catalog was an oversight and was not discovered until just before the start of the 2023-24 school year. I find this hard to believe as Secretary Oliva specifically requested to visit my AP AAS pilot course during the 2022-23 school year and did visit my AP AAS class.

9. Secretary Oliva visited my class in March 2023 soon after many students from Central High had publicly protested the LEARNS Act. He did not comment while observing my class.

10. When Secretary Oliva was leaving my class, I stopped my instruction, introduced myself to him, and handed him a copy of the 2023-24 AP AAS curriculum for his review.

11. I was contacted by my principal who stated that Secretary Oliva was very complimentary of my instruction. My principal also shared that Secretary Oliva had stated that I was not teaching African American Studies and that I was really teaching African American History, and he didn't have a problem with that.

12. That last comment by Secretary Oliva was particularly striking as he knew the title of my course was AP African American Studies, not African American History. I was also confused as to why he would have a problem with me teaching African American Studies, when the ADE had approved my course and treated my course and students on equal terms with other AP courses and students.

13. Throughout the pilot course in 2022-23, there was never any communication from ADE or anybody else to me about how the course was wrongly designated and treated as an AP course.

14. My students taking the AP AAS pilot course in 2022-23 received increased weighted grade points for the course like other AP courses and their course was identified as an "AP" course on their transcripts. I have attached true copies of redacted student transcripts, whose parents approved of my disclosing these transcripts while protecting confidential information, as **Ex. 2.**

15. Secretary Oliva also suggests that the 2023-24 AP AAS course was not audited but that is not true. In fact, the College Board audited my proposed AP AAS for 2023-24 in May of 2023 and authorized me to teach the AP AAS. I am attaching a true copy of its approval as **Ex. 3.**

16. Prior to the beginning of the 2023-24 school year, the College Board had planned on administering an exam and the exam was scheduled for May 14, 2024. According to public statements made by the College Board, by September 2023, over 200 schools had agreed to provide college credit based on AP AAS scores on the AP exam, including the University of Arkansas at Fayetteville.

17. On August 21, 2023, Secretary Oliva sent a letter to my superintendent and other superintendents at schools offering the AP AAS for the 2023-24 school year. That letter states that the AP designation for the course was being removed because Secretary Oliva

determined that some of the themes in the pilot (such as "intersections of identify" and "resistance and resilience") may not comply with Section 16 of the LEARNS Act. A true copy of that letter has already been submitted to this Court as document 15-4.

18. That letter did not state that the course was not proceeding with the AP designation because the course was a pilot and not final, the course was not audited, or any other reason other than Secretary Oliva's concern that the course may run afoul of the LEARNS Act.

19. In the letter, Secretary Oliva demanded that the school districts provide all course materials to the ADE by 12:00pm on September 8, 2023. At the time, I was in contact with Dr. Brandi Waters of the College Board. She informed me that the College Board had sent to the ADE all requested materials before the deadline. And as I stated earlier, I had already provided the College Board's approved curriculum framework for the AP AAS for the 2023-24 school year in March 2023.

20. I understood that the ADE would then review the AP AAS materials submitted by the College Board and issue a determination on whether the course violated Section 16 of the LEARNS Act. If the course passed its review, I expected the ADE to permit teachers to teach the full breadth and depth of the course. I waited several months but to date, I have never received any notice of ADE's final review of the AP AAS for 2023-24.

21. As a result of the Secretary's actions in pulling down the AP designation for the AP AAS and the vague language of Section 16, I have not shared certain materials with my students on topics. For example, intersectionality can be a complex issue for many high school students. While the College Board pulled this topic as a main topic in its 2023-24 framework, the curriculum still requires that I discuss intersectionality issues. I frequently rely on outside sources to assist students in comprehending the material. I had identified a couple of critical, helpful sources, including "Intersectionality," an article by Kimberle Crenshaw published in 1991 by the Stanford Law Review.

22. However, because Secretary Oliva had specifically called out "intersections and identity" as a topic running afoul of the LEARNS Act in his August 21st letter, I did not use these sources and the students were denied these critical ideas.

23. My students chose their AP AAS topics for required year-end, project-based reports and presentations in January 2024. Topics range from "Black Expression: African American Music" and "African American Art" to "Virginia Black Codes," "Affirmative Action: Controversies and History," "Black Lives Matter," and "How the Government has Affected the Black Community (prison industrial complex)."

24. For many of these topics that might run afoul of the LEARNS Act, I have not been able to provide critical supports and resources (such as the book "The 1619 Project") for the students in fully assisting them to prepare for their presentations out of fear of violating the LEARNS Act and being sanctioned by Defendants for such actions.

25. I love my job and do my very best but there is no question in my mind that students have been and are presently being harmed as a result of me having to censor my teaching and

3

materials because of Section 16 and the LEARNS Act and Secretary Oliva's enforcement of the Act. In addition to not being fully prepared for the AP exam and not receiving graduation credit for the course, students taking the course in 2023-24 will not receive the AP designation on their transcripts as a result of Secretary Oliva and the ADE de-designating the course as an AP course. This will likely impact their chances for admissions and scholarships.

26. Secretary Oliva and the other defendants in this case suggest that I and others bringing this lawsuit are to blame for delaying the lawsuit. But how can I be blamed for trying to trust the process to reach a fair resolution in this matter? It was Secretary Oliva and the ADE who suspended and removed the AP designation of the course. They made different excuses before Secretary Oliva finally admitted that the course, its faculty, and its students—the majority who are Black—should be treated differently than in 2022-23 and compared to other AP courses offered in Arkansas schools. Even then, they asked for and received materials to review the course against Section 16 of the LEARNS Act.

27. The State also started promulgating rules related to different parts of the LEARNS Act so we waited, patiently, for several months for additional guidance to help clarify the law for educators and students across the state and for a final determination that the AP AAS for 2023-24 does not conflict with the LEARNS Act.

28. Finally, when the State failed to make a determination on the lawfulness of the course and failed to issue any guidance, we filed this lawsuit and then sought a preliminary injunction so we could get a temporary order stopping the enforcement of Section 16 of the LEARNS Act.

29. Even now, the State has failed to restore the AP designation for the course for 2023-24 and it has not provided further guidance on how educators can comply with Section 16. I have not been told that I can fully and freely instruct the students on the full AP AAS curriculum and provide all necessary materials to support their year-end projects. I have not been told that the State will treat the course on par with other AP courses and that the course does not violate Section 16. As I felt when I first read the vague and confusing Section 16 of the LEARNS Act in the spring of 2023, I am still at a loss of how to comply with the Act.

I certify under penalty of perjury that the foregoing is true and correct based upon my personal knowledge. Executed in Arkansas this 29th day of April 2024.

*Ms. Ruthie Walls, Ed.S.*
_____
Ruthie Walls