# EXHIBIT 1

# Ruthie Walls

Has received instruction at an
Advanced Placement® Conference in

## AP African American Studies Pilot

3.4 CEU
34 Contact Hours

Howard University, Washington, D.C.
July 11, 2022 – July 14, 2022

Trevor Packer
Senior Vice President, The College Board



250 Vesey Street, New York, NY 10281

The College Board has been approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET),
8405 Greensboro Drive, Suite 800, McLean, VA 22102.

