# EXHIBIT 2

| 1/17/2024 | **Student Transcript** | Page 1 of 2 |
|---|---|---|
| To: ▮ | From: Central High School<br>1500 Park Street<br>Little Rock, AR 72202 | Nancy L Rousseau<br>(501) 447-1400 |

| Student: ▮ | Phone: ▮ | Student ID: ▮ |
|---|---|---|
| Birth Date: ▮ | Grade: ▮ | Graduation Date: |

Signature: _____

Title: _____

Date: _____

**Year:** 2019-20   **Grade:** 08
**Building:** SYLVAN HILLS MS, PULASKI CO. SPEC. SCHOOL DIST.

| Course | S1 | S2 | Credit |
|---|---|---|---|
| ▮ | | | |

**Credit:** 1.000

**Year:** 2020-21   **Grade:** 09
**Building:** Central High School

| Course | S1 | S2 | Credit |
|---|---|---|---|
| ▮ | | | |

**Credit:** 8.000
**GPA:** 3.5000

**Year:** 2021-22   **Grade:** 10
**Building:** Central High School

| Course | S1 | S2 | Credit |
|---|---|---|---|
| Drawing I | | | 1.00 |
| Debate I | | | 1.00 |
| Survey of Business | | | 1.00 |
| Spanish II | | | 1.00 |
| Biology - Integrated Pre-AP | | | 1.00 |
| Geometry | | | 1.00 |
| English II Pre-AP | | | 1.00 |
| AP World History | | | 1.00 |

**Credit:** 8.000
**GPA:** 4.1250

**Year:** 2022-23   **Grade:** 11
**Building:** Central High School

| Course | S1 | S2 | Credit |
|---|---|---|---|
| Drawing II | | | 1.00 |
| AP English Language & Comp | | | 1.00 |
| Algebra II | | | 1.00 |
| Anatomy/Physiology | | | 1.00 |
| AP US Government & Politics | | | 1.00 |
| AP United States History | | | 1.00 |
| Debate III | | | 1.00 |
| AP African American Studies | | | 1.00 |

**Credit:** 8.000
**GPA:** 4.3125

**Year:** 2023-24   **Grade:** 12
**Building:** Central High School

| Course | S1 | S2 | Credit |
|---|---|---|---|
| AP Studio Art Drawing Portfoli | | | 0.50 |
| Debate IV | | | 0.50 |
| AP English Literature & Comp | | | 0.50 |
| AP Statistics | | | 0.50 |
| Earth Science | | | 0.50 |
| AP Comparative Govrn & Politics | | | 0.50 |

**Credit:** 3.000
**GPA:** 4.1667

| 1/17/2024 | **Student Transcript** | Page 2 of 2 |
|---|---|---|
| To: ▉ | From: Central High School<br>1500 Park Street<br>Little Rock, AR 72202 | Nancy L Rousseau<br>(501) 447-1400 |

| Student: ▉ | Phone: ▉ | Student ID: ▉ |
|---|---|---|
| Birth Date: ▉ | Grade: ▉ | Graduation Date: |

Signature:_____

Title:_____

Date:_____

|  | GPA | Rank |
|---|---|---|
| Cumulative State GPA | ▉ | ▉ |
| Total Credits: | 28.000 | |

Grading Scale: A=90-100; B=80-89; C=70-79; D=60-69; F=0-59

GPA. Scale: A=4, B=3, C=2, D=1, F=0, NC=0; AP courses receive an additional point

SP=Scholastic Pass, RT=Repeated the course, CON=Dual college course receiving high school credit

MR Transcript



1/17/2024

**Student Transcript**
From: Central High School
1500 Park Street
Little Rock, AR 72202

Page 1 of 1

Nancy L Rousseau
(501) 447-1400

Student:
Birth Date:
Signature:_____
Title:_____
Date:_____

Phone:
Grade:

Student ID:
Graduation Date:

| Year: 2020-21 Grade: 09 Building: Central High School | | |
|---|---|---|
| Course | S1 S2 | Credit |
| Afjrotc1 | | 1.00 |
| English 1 PAP | | 1.00 |
| PE - Personal Fitness for Life | | 0.50 |
| Health-W/CPR | | 0.50 |
| Phy Sci Pap | | 1.00 |
| Econ Pap | | 0.50 |
| Ap Hmn Geo | | 1.00 |
| Civ Pap | | 0.50 |
| Spanish I | | 1.00 |
| Alg 1 Pap | | 1.00 |

Credit:
GPA:

| Year: 2021-22 Grade: 10 Building: Central High School | | |
|---|---|---|
| Course | S1 S2 | Credit |

Credit:
GPA:

| Year: 2022-23 Grade: 11 Building: Central High School | | |
|---|---|---|
| Course | S1 S2 | Credit |
| AP English Language & Comp | | 1.00 |
| Algebra II Advanced | | 1.00 |
| Chemistry - Integrated | | 1.00 |
| US History Since 1890 | | 1.00 |
| AP Psychology | | 1.00 |
| Forensics III | | 1.00 |
| AP African American Studies | | 1.00 |

Credit: 7.000
GPA: 3.8571

| Year: 2023-24 Grade: 12 Building: Central High School | | |
|---|---|---|
| Course | S1 S2 | Credit |
| AP Art History | | 0.50 |
| Debate IV | | 0.00 |
| English IV | | 0.50 |
| Quantitative Reasoning | | 0.50 |
| AP Biology | | 0.50 |
| | | 1.00 |
| | | 0.00 |

Credit: 3.000
GPA: 3.6667

| | GPA | Rank |
|---|---|---|
| Cumulative State GPA | | |
| Total Credits: 26.000 | | |

Grading Scale: A=90-100; B=80-89; C=70-79; D=60-69; F=0-59

GPA. Scale: A=4, B=3, C=2, D=1, F=0, NC=0; AP courses receive an additional point

SP=Scholastic Pass, RT=Repeated the course, CON=Dual college course receiving high school credit



MR Transcript

| 1/17/2024 | **Student Transcript** | Page 2 of 2 |
|---|---|---|
| To: ▮ | From: Central High School<br>1500 Park Street<br>Little Rock, AR 72202 | Nancy L Rousseau<br>(501) 447-1400 |

**Student:** ▮  **Phone:** ▮  **Student ID:** ▮
**Birth Date** ▮  **Grade:** ▮  **Graduation Date:**

Signature: _____

Title: _____

Date: _____

|  | GPA | Rank |
|---|---|---|
| Cumulative State GPA | ▮ | ▮ |
| **Total Credits:** 28.500 | | |

**Comments**

▮

Grading Scale: A=90-100; B=80-89; C=70-79; D=60-69; F=0-59

GPA. Scale: A=4, B=3, C=2, D=1, F=0, NC=0; AP courses receive an additional point

SP=Scholastic Pass, RT=Repeated the course, CON=Dual college course receiving high school credit