# EXHIBIT 3



Dear Ruthie Walls:

Congratulations! Your African American Studies course is now authorized to use the AP designation for the 2023 - 2024 academic year at Central High School.

## What Does Course Authorization Mean?

It is the official recognition by the College Board that your course meets the expectations colleges and universities have for AP African American Studies. This authorization grants you permission to use the "AP" designation on your students' transcripts in association with the authorized course. In addition, your course will appear on the publicly available AP Course Ledger, you will receive access to online score reports, and maintain access to AP Classroom.

Thank you for your continued participation in the AP Course Audit.

Sincerely,

Trevor Packer
Senior Vice President
Advanced Placement Program