# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RUTHIE WALLS, et al.**  **PLAINTIFFS,**

v.  No. 4:24-cv-00270-LPR

**HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas, et al.**  **DEFENDANTS.**

## NOTICE OF APPEARANCE

Solicitor General Nicholas J. Bronni enters an appearance as counsel for Sarah Huckabee Sanders in her official capacity as Governor of the State of Arkansas; Jacob Oliva in his official capacity as Secretary of the Arkansas Department of Education; and Sarah Moore, Kathy McFetridge-Rollins, Adrienne Woods, Randy Henderson, Lisa Hunter, Jeff Wood, Ken Bragg, and Leigh S. Keener in their official capacities as Members of the Arkansas State Board of Education. I certify that I am admitted to practice in this Court.

Dated: April 30, 2024            Respectfully,

TIM GRIFFIN
 Attorney General
NICHOLAS J. BRONNI (2016097)
 Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Defendants*