IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RUTHIE WALLS, et al.     PLAINTIFFS,

v.     No. 4:24-cv-00270-LPR

HON. SARAH HUCKABEE SANDERS, in her
official capacity as the Governor of the State of
Arkansas, et al.     DEFENDANTS.

## SUPPLEMENTAL DECLARATION OF SECRETARY JACOB OLIVA

I, Jacob Oliva, am over the age of 18, am competent to testify and have personal knowledge regarding the statements contained in this supplemental affidavit, do hereby state, and verify the following:

1. I previously described the College Board AP course approval for AP African American Studies (AP AAS) as it was introduced in Arkansas, *i.e.*, as a two-year pilot program through its approval as an official course for the 2024-2025 school year in Arkansas.

2. Schools interested in offering a course labeled "AP" must receive authorization from College Board through a process referred to as the "AP Course Audit."

3. Each individual school may develop its own course curriculum and submit various materials to College Board, which determines whether the curriculum demonstrates awareness of the course scope (as established by College Board) and receives AP course authorization.

4. The individual teacher who will be leading the class submits their proposed curriculum and supporting materials to College Board for approval.

5. College Board evaluates whether the provided materials meet College Board's requirements for that particular course.

EXHIBIT A

1

6. If the course meets the requirements, College Board grants authorization to teach the class with the "AP" label.

7. There is a second required step in the process where College Board is to notify, in this instance the Arkansas Department of Education (ADE), about whether an AP Course Audit has been completed, that College Board has authorized the course to be labeled "AP," and at what school(s) in Arkansas the course is authorized to be offered.

8. Regardless of whether the teacher has received College Board's authorization to teach the class with the "AP" label, the AP program in Arkansas, per state code, requires a course audit and AP exam to satisfy the rigorous requirements for weighted credit. No such course audit was sent to ADE, nor was it publicly available.

9. In regard to AP AAS, for the 2023-2024 school year, College Board affirmed that the class was still in pilot form, and did not have a complete official audit.

10. Instead, the communication from College Board to ADE regarding an audit of AP AAS was that College Board would be completing the audit of the pilot program by Spring 2024 and the course would be authorized for the 2024-2025 school year.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Jacob Oliva
Secretary, Arkansas Department of Education

__4/30/24_____
Date