# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RUTHIE WALLS, et al.**                                                                                    **PLAINTIFFS,**

**v.**                                         **No. 4:24-cv-00270-LPR**

**HON. SARAH HUCKABEE SANDERS**, in her
official capacity as Governor of the State of
Arkansas, et al.                                                                                                **DEFENDANTS.**

## NOTICE OF APPEAL

Defendants[1] Jacob Oliva in his official capacity as Secretary of the Arkansas Department of Education; and Sarah Moore, Kathy McFetridge-Rollins, Adrienne Woods, Randy Henderson, Lisa Hunter, Jeff Wood, Ken Bragg, and Leigh S. Keener in their official capacities as Members of the Arkansas State Board of Education give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 45) issued on May 7, 2024, partially granting Plaintiffs' Motion for Preliminary Injunction.

The Eighth Circuit has jurisdiction because Defendants challenge orders "granting, continuing, modifying, refusing, or dissolving" a preliminary injunction. 28 U.S.C. 1292(a)(1); *see, e.g.*, *Barrett v. Claycomb*, 705 F.3d 315, 318 (8th Cir. 2013).

---

[1] Defendant Governor Sarah Huckabee Sanders is not subject to the preliminary injunction. *See* Doc. 45 at 1 n.1, 47.

Dated: May 10, 2024

Respectfully,

T<small>IM</small> G<small>RIFFIN</small>
  Attorney General
N<small>ICHOLAS</small> J. B<small>RONNI</small> (2016097)
  Solicitor General
A<small>SHER</small> S<small>TEINBERG</small> (2019058)
  Senior Assistant Solicitor General
M<small>ICHAEL</small> A. C<small>ANTRELL</small> (2012287)
  Assistant Solicitor General

O<small>FFICE OF THE</small> A<small>RKANSAS</small> A<small>TTORNEY</small> G<small>ENERAL</small>
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1051
asher.steinberg@arkansasag.gov

*Counsel for Defendants*