# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RUTHIE WALLS, et al.**                                                                                          **PLAINTIFFS,**

v.                                    No. 4:24-cv-00270-LPR

**HON. SARAH HUCKABEE SANDERS,** in her
official capacity as Governor of the State of
Arkansas, et al.                                                                                                  **DEFENDANTS.**

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6), and for the reasons stated in Defendants' brief in support of Defendants' motion to dismiss, Defendants respectfully request that this Court dismiss Plaintiffs' Amended Complaint with prejudice.

Dated: May 14, 2024                          Respectfully,

> TIM GRIFFIN
>   Attorney General
> NICHOLAS J. BRONNI (2016097)
>   Solicitor General
> ASHER STEINBERG (2019058)
>   Senior Assistant Solicitor General
> MICHAEL A. CANTRELL (2012287)
>   Assistant Solicitor General
> JORDAN BROYLES (2015156)
>   Senior Assistant Attorney General
> JUSTIN BRASCHER (2023029)
>   Assistant Attorney General
> Office of the Arkansas Attorney General
> 323 Center Street, Suite 200
> Little Rock, AR 72201
> Main: (501) 682-1051
> Asher.Steinberg@arkansasag.gov
>
> *Counsel for Defendants*