# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8          **DATE:** 5/21/2024

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 24-01990

**DISTRICT COURT NO.** 4:24-cv-00270-LPR

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Copy of Docket Entry 57 (Transcript of Preliminary Injunction Hearing)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
      Deputy Clerk