IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP, <br><br> Plaintiffs, <br><br> v. <br><br> HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER, <br><br> Defendants. | Case No.: 4:24-cv-00270-LPR |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby give notice that all claims brought by Plaintiff Chandra Williams Davis, as Next Friend of Gisele Davis, are voluntarily dismissed without prejudice in the above-captioned action.

Date: August 9, 2024               Respectfully submitted,

                                   */s/ Michael J. Laux*
                                   Michael J. Laux

        E. Dist. Arkansas Bar No. 6278834
        LAUX LAW GROUP
        400 W. Capitol Avenue, Suite 1700
        Little Rock, Arkansas 72201
        Telephone: (501) 242-0750
        Facsimile: (501) 372-3482
        Email: mlaux@lauxlawgroup.com
                mikelaux@icloud.com

        Austin Porter, Jr.
        E. Dist. Arkansas Bar No. 86145
        PORTER LAW FIRM
        The Tower Building
        323 Center Street, Suite 1035
        Little Rock, AR 72201
        Telephone: (501) 224-8200
        Email: aporte5640@aol.com

        Maya Brodziak *
        N.Y. Bar No. 5495114
        Email: mbrodziak@lawyerscommittee.org
        Chavis Jones *
        D.C. Bar No. 1739219
        Email: cjones@lawyerscommittee.org
        Zakiya Lewis *
        D.C. Bar No. 90020187
        Email: zlewis@lawyerscommittee.org
        LAWYERS' COMMITTEE FOR CIVIL
        RIGHTS UNDER LAW
        1500 K St. NW, Suite 900
        Washington, DC 20005
        Telephone: (202) 662-8600

        *Counsel for Plaintiffs*
        *Admitted pro hac vice

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2024, I filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Arkansas by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                        */s/ Michael J. Laux*
                                                                        Michael J. Laux