IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP,<br><br>Plaintiffs,<br><br>v.<br><br>HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER,<br><br>Defendants. | Case No.: 4:24-cv-00270-LPR |

**PLAINTIFFS' SECOND NOTICE REGARDING POTENTIAL MOOTNESS OF GISELE D. CLAIMS**

On August 2, 2024, in response to the Court's July 26, 2024 Order, Plaintiffs indicated that they reserved the right to submit a brief in support of the position that Gisele D.'s claims—brought through her mother and Next Friend, Chandra Williams Davis—remained colorable.

On August 9, 2024, Plaintiffs voluntarily dismissed the claims brought by Gisele D., without prejudice, pursuant to Fed. R. Civ P. 41. *See* ECF 70. Accordingly, Plaintiffs no longer intend to brief this matter raised by the Court.

Date: August 9, 2024								Respectfully submitted,


								*/s/ Michael J. Laux*
								Michael J. Laux
								E. Dist. Arkansas Bar No. 6278834
								LAUX LAW GROUP
								400 W. Capitol Avenue, Suite 1700
								Little Rock, Arkansas 72201
								Telephone: (501) 242-0750
								Facsimile: (501) 372-3482
								Email: mlaux@lauxlawgroup.com
								         mikelaux@icloud.com

								Austin Porter, Jr.
								E. Dist. Arkansas Bar No. 86145
								PORTER LAW FIRM
								The Tower Building
								323 Center Street, Suite 1035
								Little Rock, AR 72201
								Telephone: (501) 224-8200
								Email: aporte5640@aol.com

								Maya Brodziak *
								N.Y. Bar No. 5495114
								Email: mbrodziak@lawyerscommittee.org
								Chavis Jones *
								D.C. Bar No. 1739219
								Email: cjones@lawyerscommittee.org
								Zakiya Lewis *
								D.C. Bar No. 90020187
								Email: zlewis@lawyerscommittee.org
								LAWYERS' COMMITTEE FOR CIVIL
								RIGHTS UNDER LAW
								1500 K St. NW, Suite 900
								Washington, DC 20005
								Telephone: (202) 662-8600

								*Counsel for Plaintiffs*
								*Admitted pro hac vice

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2024, I filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Arkansas by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                               */s/ Michael J. Laux*
                                               Michael J. Laux