IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUTHIE WALLS**, *et al.*                                                                                      **PLAINTIFFS**

v.                                   **CASE NO. 4:24-CV-00270-LPR**

**SARAH HUCKABEE SANDERS**, *et al.*                                                **DEFENDANTS**

**NOTICE OF APPEARANCE**

Deputy Solicitor General Dylan L. Jacobs enters an appearance as counsel for Sarah Huckabee Sanders in her official capacity as Governor of the State of Arkansas; Jacob Oliva in his official capacity as Secretary of the Arkansas Department of Education; and Sarah Moore, Kathy McFetridge-Rollins, Adrienne Woods, Randy Henderson, Lisa Hunter, Jeff Wood, Ken Bragg, and Leigh S. Keener in their official capacities as Members of the Arkansas State Board of Education.  I certify that I am admitted to practice in this Court. Dated:  October 23, 2024.

        Respectfully submitted,

        TIM GRIFFIN
         Attorney General
        DYLAN L. JACOBS (2016167)
         Deputy Solicitor General
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 722201
        (501) 682-3661
        Dylan.Jacobs@arkansasag.gov

        *Counsel for Defendants*