IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP,<br><br>Plaintiffs,<br><br>v.<br><br>HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER,<br><br>Defendants. | Case No.: 4:24-cv-00270-LPR<br><br>**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Civil Rule 83.5(d) of the Arkansas Eastern District Court Local Rules, Movant Michael Laux hereby moves for admission of Sumayya Saleh, of the Lawyers' Committee for Civil Rights Under Law, to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiffs.

The undersigned counsel hereby certifies that Sumayya Saleh is a member in good standing of the Bar of the District of Columbia and admitted to the U.S. District Court for the District of Columbia. Ms. Saleh designates Michael J. Laux, the undersigned, as local counsel, with whom the court and opposing counsel may readily communicate. Mr. Laux is admitted to practice in the

1

Eastern District of Arkansas Federal District Court. He maintains an office in Arkansas at the below listed address.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Sumayya Saleh.

Dated: November 18, 2024                             Respectfully submitted,

/s/ Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, Arkansas 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
Email: mlaux@lauxlawgroup.com
           mikelaux@icloud.com
*Movant and Counsel for Plaintiffs*

Sumayya Saleh *
D.C. Bar No. 1743437
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8324
Email: ssaleh@lawyerscommittee.org
*Counsel for Plaintiffs*

* Pro Hac Vice application pending

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RUTHIE WALLS; COLTON GILBERT; JENNIFER REYNOLDS, as Next Friend of SADIE ANNABELLA REYNOLDS; CHANDRA WILLIAMS DAVIS, as Next Friend of GISELE DAVIS; and ARKANSAS STATE CONFERENCE OF THE NAACP,<br><br>Plaintiffs,<br><br>v.<br><br>HON. SARAH HUCKABEE SANDERS, in her official capacity as Governor of the State of Arkansas; and JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education, Arkansas State Board Members in their official capacity: SARAH MOORE, KATHY MCFETRIDGE-ROLLINS, ADRIENNE WOODS, RANDY HENDERSON, LISA HUNTER, JEFF WOOD, KEN BRAGG, and LEIGH S. KEENER,<br><br>Defendants. | Case No.: 4:24-cv-00270-LPR<br><br>**STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Sumayya Saleh, hereby submit the following statement in support of the Motion for my admission to practice *pro hac vice* in the above-captioned matter.

1. I am a lawyer serving in the Educational Opportunities Project of the Lawyers' Committee for Civil Rights Under Law. I work in its offices located at 1500 K Street NW, Suite 900, Washington, D.C. 20005.

2. I am a practicing attorney holding a license in good standing to practice in all the courts of the District of Columbia. My District of Columbia Bar membership number is 1743437. I am also admitted to the U.S. District Court for the District of Columbia.

1

3.  I have no record or history of disciplinary action in any jurisdiction or before any court or lawyer regulatory organization, including jurisdictions and courts where I have been admitted *pro hac vice*.

4.  I designate Michael J. Laux as local counsel, with whom the court and opposing counsel may readily communicate.

5.  I affirm to the Local Rules of the U.S. District Court of the Eastern District of Arkansas and to the jurisdiction of the Court in matters of discipline.

Respectfully submitted this 18th day of November, 2024.

Respectfully submitted,

/s/ Sumayya Saleh
Sumayya Saleh
D.C. Bar No. 1743437
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8324
Email: ssaleh@lawyerscommittee.org