UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 24-1990

Ruthie Walls, et al.

Appellees

v.

Sarah Sanders, in her official capacity as Governor of the State of Arkansas

Jacob Oliva, in his official capacity as Secretary of the Arkansas Department of Education, and individually, et al.

Appellants

------------------------------

State of Iowa, et al.

Amici on Behalf of Appellant(s)

American Civil Liberties Union, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:24-cv-00270-LPR)

---

**MANDATE**

In accordance with the opinion and judgment of July 16, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 06, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit